156 A.3d 181

ALEXIS MARIE–GLASBY, PLAINTIFF–PETITIONER, v. STEVEN HART, WENDY HART, CENTURY 21 MARQUIS–GREAVES AGENCY, AND SUSAN R. GREAVES, DEFENDANTS–RESPONDENTS, v. CIGOLINI & ASSOICATES, SAMAIR (SAM) BEGHAL, AMERICAN HOME CONSULTANTS, JOSEPH JONES, ESQ., TERESA ANASTASIO, AND GENTRY REALTORS, DEFENDANTS.

November 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001213–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.